CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED

May 30, 2024

LAURA A. AUSTIN, CLERK
BY: s/J.Vasquez
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division

| | |
|---|---|
| **JANE DOE,**<br><br>**Plaintiff**<br><br>v.<br><br>**MARY BALDWIN UNIVERSITY,**<br><br>**Defendant** | Case No. 5:23-cv-00047-MFU |

## DISMISSAL ORDER

This day came the plaintiff, Jane Doe, by counsel, and, pursuant to Rule 41 of the Federal Rules of Civil Procedure, moved for voluntary dismissal with prejudice of this action. It appearing to the Court that the defendant concurs with the motion, it is hereby ADJUDGED, ORDERED, AND DECREED that this case is dismissed with prejudice.

Let the Clerk of the Court send a copy of this Order to all counsel of record.

ENTERED this __29th__ day of __May__, 2024.

Michael F. Urbanski
Chief U.S. District Judge
2024.05.29 17:15:21 -04'00'

_____
Michael F. Urbanski
Chief United States District Judge

WE ASK FOR THIS:

/s/ Charles M. Henter
Charles M. Henter, Esq. (VSB No. 45459)
HenterLaw PLC
609 East High Street
Charlottesville, Virginia  22902
Telephone    (434) 817-1840
cmh@henterlaw.com
*Attorney for Plaintiff*

/s/ Matthew T. Anderson
Micah B. Schwartz
Virginia State Bar No. 77299
Matthew T. Anderson
Virginia State Bar No. 86322
William A. Truban, III
Virginia State Bar No. 98428
Counsel for Defendant
WILLIAMS MULLEN
3TWENTY3
323 2nd Street SE, Suite 900
Charlottesville, Virginia 22902
Telephone: (434) 951-5737
Facsimile: (434) 817-0977
mschwartz@williamsmullen.com
*Attorneys for Defendant*